UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*Electronically Filed*

| | |
|---|---|
| AMAN JOSEPH CLAUDET JR. individually and on behalf of all others similarly situated, | ) ) ) Case No. 2:17-cv-10027-EEF-JVM ) |
| Plaintiff, | ) ) Section: "L" ) |
| v. | ) Judge Eldon E. Fallon ) |
| CYTEC RETIREMENT PLAN, CYTEC INDUSTRIES INC., and SOLVAY USA, INC., | ) Magistrate Judge Janis van Meerveld ) ) ) |
| Defendants. | ) ) ) |

### DEFENDANTS' PARTIAL MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)

Defendants Cytec Retirement Plan (the "Plan"), Cytec Industries Inc. ("Cytec"), and Solvay USA, Inc. ("Solvay") (collectively, "Defendants"), move to dismiss Count III asserted in Plaintiff's First Amended Complaint which sets forth alleged violations of the Employee Retirement Income Security Act of 1974 ("ERISA"). As set forth in the accompanying memorandum in support, Count III should be dismissed because Plaintiff fails to state a plausible claim under ERISA § 502(a)(3), 29 U.S.C. § 1132(a)(3).

WHEREFORE, Defendants respectfully request this Motion be granted, and that this honorable Court dismiss with prejudice Count III of the First Amended Complaint against Defendants.

Dated December 29, 2017

Respectfully submitted,

*/s/ Stacey C.S. Cerrone*
Stacey C.S. Cerrone (La Bar No. 25860)
Howard Shapiro (La Bar No. 11968), T.A.
Tulio D. Chirinos (La Bar No. 35079)
Proskauer Rose LLP
650 Poydras Street, Suite 1800
New Orleans, Louisiana 70130
Telephone: (504) 310-4088
Facsimile: (504) 310-2022
E-mail: scerrone@proskauer.com
howshapiro@proskauer.com
tchirinos@proskauer.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2017, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send notice of such filings to all counsel of record.

*/s/ Stacey C.S. Cerrone*
