IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMAN JOSEPH CLAUDET JR. individually and on behalf of all others similarly situated; <br><br> Plaintiffs <br><br> v. <br><br> CYTEC RETIREMENT PLAN, CYTEC INDUSTRIES INC., and SOLVAY USA, INC., <br><br> Defendants | Civil Action No. 17-10027-EEF-JVM <br><br> Judge Eldon Fallon <br> Mag. Judge Janis van Meerveld <br><br> CLASS ACTION |

**JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT, APPROVAL OF AMENDED CLASS FOR SETTLEMENT PURPOSES AND APPROVAL OF CLASS NOTICES**

Undersigned counsel, on behalf of the class, and Defendants Cytec Retirement Plan, Cytec Industries Inc., and Solvay USA, Inc., hereby jointly move for an order preliminarily approving the parties' Class Action Settlement Agreement, approving the amended class for settlement purposes only, and approving the proposed Class Notices. A copy of the Settlement Agreement and Class Notices is attached hereto. Named Plaintiff Aman Joseph Claudet, Jr., has declined to sign this Settlement Agreement.

The undersigned request that the Court issue an order:

- Preliminarily approving the settlement pursuant to Fed. R. Civ. P. 23(e)(1);
- Authorizing that notice of the pending Settlement be sent to the Class Members;
- Approving the Notice Forms attached hereto as exhibits;
- Setting a date for a Fairness Hearing, to be held 60 days after the

Page 1

  date class-wide notice is sent (or as soon thereafter as the Court is available);

- Setting a deadline for class members to serve objections, to be set 14 days before the Fairness Hearing;

- Setting a deadline for Class Counsel to file a Fee Application and Case Contribution Application, to be set 28 days before the Fairness Hearing; and

- Issuing such other and appropriate orders as may be necessary to effectuate the parties' Settlement Agreement and the provisions of Fed. R. Civ. P. 23(e).

  This motion is based on the attached memorandum in support, and all exhibits thereto, any argument and evidence presented at hearing on this motion, as well as the entire court file in this action.

Respectfully Submitted,

*/s Charles J. Stiegler*
Charles J. Stiegler, #33456 (TA)
STIEGLER LAW FIRM LLC
318 Harrison Ave., Suite 104
New Orleans, La. 70124
(504) 267-0777 (telephone)
(504) 513-3084 (fax)
Charles@StieglerLawFirm.com

Christopher L. Williams, #32269
WILLIAMS LITIGATION LLC
639 Loyola Ave., Suite 1850
New Orleans, LA 70113
(504) 308-1438 (telephone)
(504) 308-1446 (fax)
Chris@williamslitigation.com

Susan Martin (*Pro Hac Vice*)
Jennifer Kroll (*Pro Hac Vice*)
MARTIN & BONNETT PLLC
4647 N. 32nd St., Suite 185
Phoenix, AZ 85018
(602) 240-6900 (telephone)

      (602) 240-2345 (fax)
smartin@martinbonnett.com
jkroll@martinbonnett.com

*Counsel for the Class*

and

Stacey C.S. Cerrone, (#25860)
Jackson Lewis P.C.
650 Poydras Street, Suite 1900
New Orleans, Louisiana 70130
Telephone: (504) 208-1755
Facsimile: (504) 208-1759
stacey.cerrone@jacksonlewis.com

Tulio D. Chirinos (# 35079)
Proskauer Rose LLP
650 Poydras Street, Suite 1800
New Orleans, Louisiana 70130
Telephone: (504) 310-4088
Facsimile: (504) 310-2022
tchirinos@proskauer.com

*Counsel for Defendants*