IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMAN JOSEPH CLAUDET JR. individually and on behalf of all others similarly situated; ) ) ) | |
| Plaintiffs ) ) | Civil Action No. 17-10027-EEF-JVM |
| v. ) ) | Judge Eldon Fallon |
| ) | Mag. Judge Janis van Meerveld |
| CYTEC RETIREMENT PLAN, ) CYTEC INDUSTRIES INC., and ) SOLVAY USA, INC., ) ) | CLASS ACTION |
| Defendants ) | |

**NOTICE OF SUBMISSION OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT, APPROVAL OF AMENDED CLASS FOR SETTLEMENT PURPOSES AND APPROVAL OF CLASS NOTICES**

PLEASE TAKE NOTICE, that Class Counsel, on behalf of the class, will bring the above-titled Motion on for hearing before the Honorable Judge Eldon E. Fallon, United States District Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom C468, New Orleans, Louisiana, 70130 on February 19, 2020 at 9:00 a.m., or as soon thereafter as counsel may be heard.

Respectfully Submitted,

_/s Charles J. Stiegler_
Charles J. Stiegler, #33456 (TA)
STIEGLER LAW FIRM LLC
318 Harrison Ave., Suite 104
New Orleans, La. 70124
(504) 267-0777 (telephone)
(504) 513-3084 (fax)

Charles@StieglerLawFirm.com

Christopher L. Williams, #32269
WILLIAMS LITIGATION LLC
639 Loyola Ave., Suite 1850
New Orleans, LA 70113
(504) 308-1438 (telephone)
(504) 308-1446 (fax)
Chris@williamslitigation.com

Susan Martin (*Pro Hac Vice*)
Jennifer Kroll (*Pro Hac Vice*)
MARTIN & BONNETT PLLC
4647 N. 32nd St., Suite 185
Phoenix, AZ 85018
(602) 240-6900 (telephone)
(602) 240-2345 (fax)
smartin@martinbonnett.com
jkroll@martinbonnett.com