## SETTLEMENT TERM SHEET

1.    Defendants will stipulate to an updated class definition as follows, from the proposed Second Amended Complaint:

> All vested participants in the Plan who elected or have a right to elect an optional joint and survivor benefit and who are, were or would be subject to a reduction of monthly benefits as a result of the imposition of charges attributable to the cost of the "pop-up" feature under the Plan's optional joint and survivor benefits (and their beneficiaries, if they are deceased or incompetent).

2.    The total value of the settlement to the class members will be $1.825 million divided between two groups:

   a. Participants in Pay Status ($1.54 million):

   $1.540 million will be allocated to the participants who commenced benefits on or before October 1, 2018, and whose benefits have been decreased due to the pop-up charge. The amount allocated to each participant in this group shall be expressed as a lump sum cash balance pay credit. The portion of the $1.540 million allocated for each participant will be set forth in a table and will be calculated based on: (1) 75% of the actual pop-up charge incurred by the participant from the date the charge was applied through June 30, 2019, with interest at 7.25% (i.e., the prime rate as of October 1, 2018 plus 2%); plus (2) the actuarial present value as of July 1, 2019 of 75% of the pop-up charge for future annuity payments, determined using the IRS 2018 Applicable Mortality Table for 417(e) and IRS 417(e) minimum present value segment rates for October 2018. Each participant in this group will be allowed to receive the allocation in either: (1) the Plan's default annuity form (*i.e.*, a single-life annuity if the participant is not married or a qualified joint and 50% survivor annuity if the participant is married) or the annuity form in which the participant's benefit is currently being paid, in each case in a monthly amount that is actuarially equivalent to the lump sum, determined using the Plan's Section 417(e) factors in effect as of the commencement date for the settlement annuity; or (2) a lump sum that may be rolled over to a qualified tax-advantaged rollover account. Payments to the participants must be made as of a date to be agreed upon by the parties.

   b. Participants Not in Pay Status ($285,000):

   Active and terminated vested employees who entered pay status after October 1, 2018 or have not yet elected a retirement benefit option and are therefore not yet in pay status will receive an allocation only if they choose a form of benefit that includes a pop-up charge at the time they enter pay status. The participant's allocation for the pop-up charge will be equal to the actuarial present value of 75% of the pop-up charge, determined as of their commencement date, using the IRS 2018 Applicable Mortality Table for 417(e) and IRS 417(e) minimum present value segment rates for October 2018. The allocation must be paid in the same annuity form and commence at the same time as the reminder of the participant's plan benefit.

3. Plaintiff will agree to a full release of all claims that were or could have been asserted in the proposed Second Amended Complaint.

4. Defendants will be responsible for handling the administration of the settlement, including notice to all class members and payment of settlement benefits.

5. Defendants will pay Judge Shushan's fees or expenses as mediator, as previously agreed.

6. Defendants will pay Plaintiff's counsel $350,000 for attorneys' fees and $37,000 for recoverable cost.

| For Cytec Retirement Plan, Cytec Industries Inc., and Solvay USA, Inc. | For Aman Joseph Claudet Jr. |
|---|---|
| /s/     Stacey C.S. Cerrone<br>Stacey C.S. Cerrone (La Bar No. 25860)<br>Howard Shapiro (La Bar No. 11968), T.A.<br>Tulio D. Chirinos (La Bar No. 35079)<br>PROSKAUER ROSE LLP<br>650 Poydras Street, Suite 1800<br>New Orleans, Louisiana 70130<br>Telephone:  (504) 310-4088<br>Facsimile:  (504) 310-2022<br>E-mail:         scerrone@proskauer.com<br>howshapiro@proskauer.com<br>tchirinos@proskauer.com<br><br>*Counsel for Defendants* | /s/Charles J. Stiegler<br>Charles J. Stiegler, #33456 (TA)<br>STIEGLER LAW FIRM LLC<br>318 Harrison Ave., Suite 104<br>New Orleans, La. 70124<br>(504) 267-0777 (telephone)<br>(504) 513-3084 (fax)<br>Charles@StieglerLawFirm.com<br><br>Christopher L. Williams, #33269<br>WILLIAMS LITIGATION LLC<br>639 Loyola Ave., Suite 1850<br>New Orleans, LA 70113<br>Telephone: 504.308.1438<br>Fax: 504.308.1446<br>chris@williamslitigation.com<br><br>Susan Martin (*Pro Hac Vice*)<br>Jennifer Kroll (*Pro Hac Vice*)<br>MARTIN & BONNETT PLLC<br>4647 N. 32nd St., Suite 185<br>Phoenix, AZ 85018<br>(602) 240-6900 (telephone)<br>(602) 240-2345 (fax)<br>smartin@martinbonnett.com<br>jkroll@martinbonnett.com<br><br>*Counsel for Plaintiff* |