IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMAN JOSEPH CLAUDET JR. individually and on behalf of all others similarly situated; </br></br>  Plaintiffs </br></br> v. </br></br> CYTEC RETIREMENT PLAN, CYTEC INDUSTRIES INC., and SOLVAY USA, INC., </br></br>  Defendants | Civil Action No. 17-10027-EEF-JVM </br></br> Judge Eldon Fallon </br> Mag. Judge Janis van Meerveld </br></br> CLASS ACTION |

**MOTION TO SEAL EXHIBIT**
**L.R. 5.6**

Undersigned counsel, on behalf of the class, hereby makes this *ex parte* motion to seal the Plan of Allocation, filed as an Exhibit to the Motion for Preliminary Approval of the parties' Class Action Settlement Agreement.

The Plan of Allocation is filed under seal because it details confidential financial information regarding individual class members and their pension benefits. A copy of the Plan of Allocation will be produced, in hard copy, to the Clerk's office and to chambers.

A memorandum in support is attached.

Respectfully Submitted,

*/s Charles J. Stiegler*
Charles J. Stiegler, #33456 (TA)
STIEGLER LAW FIRM LLC
318 Harrison Ave., Suite 104

New Orleans, La. 70124
(504) 267-0777 (telephone)
(504) 513-3084 (fax)
Charles@StieglerLawFirm.com

Christopher L. Williams, #32269
WILLIAMS LITIGATION LLC
639 Loyola Ave., Suite 1850
New Orleans, LA 70113
(504) 308-1438 (telephone)
(504) 308-1446 (fax)
Chris@williamslitigation.com

Susan Martin (*Pro Hac Vice*)
Jennifer Kroll (*Pro Hac Vice*)
MARTIN & BONNETT PLLC
4647 N. 32nd St., Suite 185
Phoenix, AZ 85018
(602) 240-6900 (telephone)
(602) 240-2345 (fax)
smartin@martinbonnett.com
jkroll@martinbonnett.com

*Counsel for the Class*