IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMAN JOSEPH CLAUDET JR. individually and on behalf of all others similarly situated;  )<br>)<br>)<br>Plaintiffs ) | <br><br>Civil Action No. 17-10027-EEF-JVM |
| )<br>v.  )<br>) | <br>Judge Eldon Fallon<br>Mag. Judge Janis van Meerveld |
| CYTEC RETIREMENT PLAN,  )<br>CYTEC INDUSTRIES INC., and  )<br>SOLVAY USA, INC.,  )<br>)<br>Defendants ) | <br><br>CLASS ACTION |

## ORDER SEALING EXHIBIT

Before the court is a Motion to Seal the Plan of Allocation, R. Doc. 64, submitted by Class Counsel in support of the parties' Joint Motion for Preliminary Approval of Settlement. The Court hereby finds that the Plan of Allocation contains confidential financial information regarding individual class members, and that the class members' confidentiality interests outweigh the public right of access to those records.

**IT IS HEREBY ORDERED** that Motion be **GRANTED** and that the Plan of Allocation shall be entered into the record under seal, pursuant to E.D. La. Local Rule 5.6.

New Orleans, Louisiana this 7th day of February, 2020.

_____
Hon. Eldon E. Fallon
United States District Judge