IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMAN JOSEPH CLAUDET JR. individually and on behalf of all others similarly situated; ) ) ) | |
| Plaintiffs ) ) | Civil Action No. 17-10027-EEF-JVM |
| v. ) ) ) | Judge Eldon Fallon<br>Mag. Judge Janis van Meerveld |
| CYTEC RETIREMENT PLAN, ) CYTEC INDUSTRIES INC., and ) SOLVAY USA, INC., ) ) | CLASS ACTION |
| Defendants ) | |

**JOINT MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT AND ENTRY OF JUDGMENT**

Undersigned counsel, on behalf of the class, and Defendants Cytec Retirement Plan, Cytec Industries Inc., and Solvay USA, Inc., hereby jointly move for an order granting final approving of the parties' Class Action Settlement Agreement and entering a Final Judgment. This motion is brought pursuant to Fed. R. Civ. P. 23(e) and the parties' Settlement Agreement.

The undersigned request that the Court issue an order:

- Adjudging the Settlement to be fair, reasonable, and adequate;

- Ordering that the Settlement Agreement is approved, directing consummation of the terms and provisions of the Settlement Agreement, and requiring the Parties to take the necessary steps to effectuate the terms of the Settlement;

- Entering a Final Judgment;

- Determining that pursuant to Rule 23(c)(2) of the Federal Rules of Civil Procedure that the Class Notices constitute the best notice

Page 1

practicable under the circumstances, and that due and sufficient notice of the Fairness Hearing and the rights of all Members of the Settlement Class has been provided;

- Determining that Defendants complied with the Class Action Fairness Act ("CAFA") and its notice obligations by providing appropriate federal and state officials with information about the Settlement;

- Ordering that each member of the Settlement Class shall be (i) conclusively deemed to have, and by operation of the Final Order shall have, fully, finally, and forever settled, released, relinquished, qaived and discharged Defendants from all Released Claims, and (ii) barred from suing Defendants or the Released Parties in any action or proceeding alleging any of the Released Claims, even if any Settlement Class member may thereafter discover facts in addition to or different from those which the members of the Settlement Class now know or believe to be true with respect to the Action and the Released Claims, whether or not such members of the Settlement Class have filed an objection to the proposed settlement or to the application by Class Counsel for a Fee Award, and whether or not the objections or claims for distribution of such members of the Settlement Class have been approved or allowed;

- Dismissing with prejudice this Action and claims asserted in the Second Amended Complaint, whether asserted by Named Plaintiff on his own behalf or on behalf of the Settlement Class, without additional cost to any of the Parties other than as provided for in the Settlement Agreement;

- Approving the Plan Amendment and awarding Settlement Benefits consistent with the terms of the Settlement Agreement;

- Awarding attorneys' fees and costs for Class Counsel pursuant to the Fee Application;

- Awarding the Case Contribution Award to Named Plaintiff Aman Joseph Claudet, Jr. pursuant to the Fee Application;

- Ordering the Parties submission to, and the District Court's continuing retention of, exclusive jurisdiction over this matter for the purpose of effectuating and supervising the enforcement, interpretation or implementation of the Settlement, and resolving any disputes that may arise hereunder;

- Entering an injunction barring any Settlement Class member from

- filing a separate action with respect to the Released Claims; and
- Entering an order stating that the parties and their counsel shall not be liable to any person for any determinations made on the Plan of Allocation or for any mistakes, incorrect or incomplete data relied on by Plaintiff or Class Counsel in preparing and producing the Plan of Allocation.

This motion is based on the attached memorandum in support, and all exhibits thereto, any argument and evidence presented at hearing on this motion, as well as the entire court file in this action.

Respectfully Submitted,

*/s Charles J. Stiegler*
Charles J. Stiegler, #33456 (TA)
STIEGLER LAW FIRM LLC
318 Harrison Ave., Suite 104
New Orleans, La. 70124
(504) 267-0777 (telephone)
(504) 513-3084 (fax)
Charles@StieglerLawFirm.com

Christopher L. Williams, #32269
WILLIAMS LITIGATION LLC
639 Loyola Ave., Suite 1850
New Orleans, LA 70113
(504) 308-1438 (telephone)
(504) 308-1446 (fax)
Chris@williamslitigation.com

Susan Martin (*Pro Hac Vice*)
Jennifer Kroll (*Pro Hac Vice*)
MARTIN & BONNETT PLLC
4647 N. 32nd St., Suite 185
Phoenix, AZ 85018
(602) 240-6900 (telephone)
(602) 240-2345 (fax)
smartin@martinbonnett.com
jkroll@martinbonnett.com

*Counsel for the Class*

and

Stacey C.S. Cerrone, (#25860)
Jackson Lewis P.C.
650 Poydras Street, Suite 1900
New Orleans, Louisiana 70130
Telephone: (504) 208-1755
Facsimile: (504) 208-1759
stacey.cerrone@jacksonlewis.com

Tulio D. Chirinos (# 35079)
Proskauer Rose LLP
650 Poydras Street, Suite 1800
New Orleans, Louisiana 70130
Telephone: (504) 310-4088
Facsimile: (504) 310-2022
tchirinos@proskauer.com

*Counsel for Defendants*